[308]   *EBERHARD *v.* THE TUOLUMNE WATER COMPANY.

NUISANCE, TRESPASS—Defense in action.

APPEAL from the ——— Judicial District.

Mr. Justice HEYDENFELDT delivered the opinion of the Court.   Mr. Ch. J. MURRAY concurred.

In an action for a nuisance, or trespass, the defendant has no right to inquire into the good faith of the plaintiff's possession.

Judgment affirmed, with twenty per cent. damages.

---

MORAGA *v.* EMERIC *et al.*

[1]APPEAL, WHEN IT DOES NOT LIE.—No appeal can now be taken before final judgment, from a mere decision on a demurrer.

APPEAL from the ————— Judicial District.

Mr. Justice HEYDENFELDT delivered the opinion of the Court.   Mr. Ch. J. MURRAY concurred.

The notice of appeal was filed the 14th of July, 1854, since the late amendments to the Civil Practice Act went into operation.   No appeal can be taken before final judgment, from a mere decision on a demurrer.   There is no final judgment in this cause.   The appeal is therefore dismissed.

---

[1] Cited in *Moulton* v. *Ellmaker,* 30 Cal. 520; *Quivey* v. *Gambert,* 32 Cal. 314.